UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| JOHN L MCDONALD, | ) | Case No.: 3:10 CV 16 |
| | ) | |
| Petitioner | ) | |
| | ) | |
| v. | ) | JUDGE SOLOMON OLIVER, JR. |
| | ) | |
| ROBERT WELCH, WARDEN, | ) | |
| | ) | |
| Respondent | ) | <u>JUDGMENT ENTRY</u> |

The court, having adopted the Magistrate Judge's Report and Recommendation (ECF No. 8), recommending that Respondent Robert Welch's Motion to Dismiss be granted (ECF No. 7) and Petitioner John L McDonald's Petition for Writ of Habeas Corpus be denied (ECF No. 1), hereby enters judgment for the Respondent and against the Petitioner.

IT IS SO ORDERED.

<u>/s/*SOLOMON OLIVER, JR.*</u>
CHIEF JUDGE
UNITED STATES DISTRICT COURT

March 28, 2011